No. 82–1567. SWIATEK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–5649. PAUL *v.* MAGGIO, WARDEN, LOUISIANA STATE PENITENTIARY; and

No. 82–5769. BARKLEY *v.* MAGGIO, WARDEN, LOUISIANA STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 82–5864. ACKER *v.* ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–5881. WALKER *v.* MORRIS, SUPERINTENDENT, MECKLENBURG CORRECTIONAL CENTER. Sup. Ct. Va. Certiorari denied.

No. 82–5915. JENNINGS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–5926. FARRELL *v.* OREGON EX REL. JUVENILE DEPARTMENT OF MULTNOMAH COUNTY. Ct. App. Ore. Certiorari denied.

No. 82–5929. WARREN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–5936. HOLMES *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 82–5948. MORGAN *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 82–5961. RHODES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5968. CRAFT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–5971. HOWARD *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.